■ COLONIAL INSURANCE COMPANY, Currently Known as AXA GLOBAL RISK U.S. INSURANCE COMPANY, Appellant-Respondent, v STATE INSURANCE FUND, Respondent, ROYAL INSURANCE COMPANY, Respondent-Appellant, et al., Defendant. [797 NYS2d 287]— Cross appeals from order and judgment (one paper), Supreme Court, New York County (Shirley Werner Kornreich, J.), entered on or about April 21, 2003, and motion seeking leave to supplement record unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Concur—Tom, J.P., Saxe, Sullivan, Ellerin and Nardelli, JJ.